Robert Rocke, *pro hac vice*
Raul Valles, Jr., *pro hac vice*
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tamapa, FL  33629
Tel:  813-769-5600
Fax:  813-769-5601
rrocke@rmslegal.com
rvalles@rmslegal.com

Michael L. Zigler (SBN 122679)
LAW OFFICES OF MICHAEL L. ZIGLER
639 Front St., 4th Floor
San Francisco, CA 94111
Tel:  (415) 982-2200
Fax:  (415) 982-2212
mzigler@ziglerlaw.com

Attorneys for Defendants BioVest International Inc. and Accentia Biopharmaceuticals, Inc.

| | |
|---|---|
| CLINSTAR, LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>   v.<br><br>BIOVEST INTERNATIONAL, INC. a corporation, ACCENTIA BIOPHARMACEUTICALS, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | **Case No.:  3:08-cv-04168-SC**<br><br>**(~~PROPOSED~~)**<br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING SCHEDULED FOR 11/7/08 ON DEFENDANTS' MOTION TO DISMISS** |

The Joint Stipulation to Continue Hearing Scheduled for November 7, 2008 on Defendants' Motion to Dismiss, having come on for hearing, and the Court having considered the Joint Stipulation,

IT IS ORDERED that the Joint Stipulation to continue Hearing Scheduled for

November 7, 2008 on Defendants' Motion to Dismiss is granted, and the hearing is rescheduled to November 21, 2008 at 10:00 a.m.

Dated: October 23, 2008



_____
SAMUEL CONTI
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti