1  ROBERT L. POLLAK, State Bar Number 083950
   GLASSBERG, POLLAK & ASSOCIATES
2  425 California Street, Suite 850
   San Francisco, California  94104-2193
3  (415) 291-8320 (Telephone)
   (415) 291-8111 (Facsimile)
4  gpa@glassberg-pollak.com

5  Attorneys for Plaintiff
   Our File No.:  28A2053
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   CLINSTAR, etc.,                )   Case No.:  C-08-4168 SC
11                                 )
                  Plaintiff,       )
12                                 )   ORDER OF DISMISSAL
           vs.                     )
13                                 )
                                   )
14 BIOVEST INTERNATIONAL, et al., )
                                   )
15                Defendants.      )

16
        The Court, having reviewed plaintiff's request for dismissal of the action
17
   without prejudice and good cause appearing therefor,
18
        IT IS ORDERED that this action is dismissed without prejudice.
19

20 Dated:    2/7/11

21

22
                                              _____
23                                            US DISTRICT JUDGE

                                              *IT IS SO ORDERED*
                                              Judge Samuel Conti

ORDER OF DISMISSAL - 1